**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JORGE ALBERTO LACRUZ RONDON**<br>*Petitioner,*<br><br>**v.**<br><br>**J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.,**<br>*Respondents.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br><br><br>**No. 26-cv-7230** |

**ORDER**

**AND NOW**, this **2nd** day of **October 2026**, upon review of Petitioner Jorge Alberto Lacruz Rondon's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1), and Respondents' Response in Opposition to the Petition for a Writ of Habeas Corpus (ECF No. 5), and the docket, it is hereby **ORDERED** as follows:

1. The Petition is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.
2. Any restrictions previously imposed on Petitioner's location by this Court are now lifted.
3. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**