**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JORGE ALBERTO LACRUZ RONDON** | : | **CIVIL ACTION** |
| ***Petitioner,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.,** | : | **No. 26-cv-7230** |
| | : | |
| ***Respondents.*** | : | |

**ORDER**

**AND NOW**, this **29th** day of **October 2026**, upon consideration of Petitioner's Motion for Reconsideration (the "Petitioner's Motion) (ECF No. 9) of the Court's Memorandum and Order dated October 2, 2026 (ECF Nos. 6–7), and the docket, it is hereby **ORDERED** that the Petitioner's Motion (ECF No. 9) is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**